

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00014-CV

**STONEBROOK MANOR SNF LLC D/B/A ADVANCED REHABILITATION & HEALTHCARE OF LIVE OAK**,
Appellant

v.

Earlene H. **POOLE**, as Heir and Wrongful Death Beneficiary of Jimmy Dewayne Poole,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI16998
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: August 16, 2023

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

PER CURIAM